**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacob Porter, | No. CV-21-00375-TUC-JGZ (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pursuant to Section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four,

**IT IS ORDERED** that the parties' Stipulation for Remand (Doc. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Social Security Appeals Council. On remand, the Appeals Council will instruct the administrative law judge (ALJ) to offer Plaintiff the opportunity for a new administrative hearing; take any further action needed to complete the administrative record; and render a new decision with respect to Plaintiff's supplemental security income (SSI) application.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. The Clerk of Court must close its file in this action.

Dated this 5th day of August, 2022.

Honorable Jennifer G. Zipps
United States District Judge